■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAIQUAN TOLLIVER, Appellant. [968 NYS2d 399]—Appeal by the defendant, as limited by his motion, from two amended sentences of the Supreme Court, Queens County (Wong, J.), both imposed April 2, 2012, on the ground that the amended sentences were excessive.

Ordered that the amended sentences are affirmed.

The amended sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.